IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00203 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| LOWELL CURTIS JAMES, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect. Accordingly,

Defendant Lowell Curtis James' plea of guilty is accepted by the Court as to Count (1) One of the Information charging Defendant Lowell Curtis James with Distribution of Crack Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii). Sentencing is set for Wednesday, September 8, 2010 at 2 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 6/21/2010

CLAUDIA WILKEN
United States District Judge

cc: DMR; Wings