1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340-S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-mail:    Christina.McCall@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 09-0203 CW |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER OF DETENTION** |
| v. | ) |
| LOWELL JAMES, | ) |
| Defendant. | ) |

The parties appeared before the Honorable Kandis A. Westmore on April 8, 2016 for an initial appearance on a supervised release violation petition, following the arrest of defendant, Lowell James. At the hearing, the government moved to detain James, arguing that James could not meet his burden of demonstrating by clear and convincing evidence that he is not a risk of non-appearance or a danger to the community.   James opposed that motion and asked to be released from custody, requesting to return to his job[1] and his parents' home where he lives with his three youngest children.

In the supervised release revocation context, the burden is on the defendant seeking release to

---

[1] Although James expressed concern that he might lose his job if he is detained, the Court notes that James appears to have had that job prior to the six-month term of custody imposed by Judge Wilken on August 18, 2015.

[PROPOSED] DETENTION ORDER
CR 09-0203 CW

"establish[] by clear and convincing evidence that the [defendant] will not flee or pose a danger to any other person or to the community. Federal Rule of Criminal Procedure 32.1(a)(6). *See also* 18 U.S.C. § 3143(a); Federal Rule of Criminal Procedure 46(c) and (d); <u>United States v. Loya</u>, 23 F.3d 1529 (9th Cir. 1994).

Upon consideration of the parties' proffers and information provided by the United States Probation Officer, as well as Court records in the case against James, the Court finds that James did not meet his burden to provide clear and convincing evidence that he is not a flight risk or that he does not pose a danger to any other person or the community. The Court therefore orders James detained.

In considering the Court's record and the information presented at the hearing, the Court finds that James did not meet his burden to provide clear and convincing evidence that he is not a flight risk or a danger because: (1) this petition alleges that James physically assaulted his wife and 16-year-old daughter, and alleges that James's wife's face was swollen and James's daughter's neck had visible marks when the police arrived; (2) James had multiple prior petitions to revoke supervised release alleging a variety of violations; (3) James was recently sentenced to a 6-month term in custody for violating the conditions of his supervised release; and (4) James requests to be released on his own recognizance to the location where he was arrested and where the domestic violence incident allegedly took place.

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility. The defendant must be afforded reasonable opportunity for private consultation with his counsel. On order of a court of the United States or on request of any attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 4/13/16

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
CR 09-0203 CW