# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LOWELL CURTIS JAMES,<br><br>    Defendant. | Case No. 09-cr-00203-2 CW (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: October 4, 2021 |

    In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on October 4, 2021, held a hearing to determine detention or release on supervisory conditions for defendant Lowell James.  He is charged in this case with violating the terms of his supervised release; and an arrest warrant was issued by Magistrate Judge Westmore in May 2021 for a failure to appear.  The defendant appeared at the hearing with his counsel Sierra Dugan.

    Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community.  Here, James did not establish evidence to overcome this burden.  The Court considered assignment to a halfway house or release to reside at an apartment rented from

his mother, but U.S. Probation and the prosecution both opposed this based on James's recent and poor performance while on supervision, particularly a pending domestic violence case out of Mountain View. Consequently, the Court orders the defendant to be detained.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: October 4, 2021

Nathanael M. Cousins
United States Magistrate Judge